RB:AMC

**M-10-1284**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ANTHONY PRINCE EGO,

          Defendant.

PRE-ARRAIGNMENT COMPLAINT

(T. 21, U.S.C. §§ 952(a)
and 960)

*Federal defenders' appointed*

- - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

    JOHN COLOMBO, being duly sworn, deposes and states that he is a Special Agent with Drug Enforcement Administration ("DEA"), duly appointed according to law and acting as such.

    Upon information and belief, on or about October 31, 2010, within the Eastern District of New York and elsewhere, the defendant ANTHONY PRINCE EGO did knowingly, intentionally and unlawfully import into the United States from a place outside thereof a substance containing heroin, a Schedule I controlled substance.

    (Title 21, United States Code, Sections 952(a) and 960).

    The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause, I have not described all the relevant facts and circumstances of which I am aware.

1.  On or about October 31, 2010, the defendant ANTHONY PRINCE EGO arrived at John F. Kennedy International Airport ("J.F.K. Airport") in Queens, New York, aboard Air France Flight Number AF22 from Lagos, Nigeria via France.

2.  During a Customs and Border Protection ("CBP") inspection, the defendant told the CBP inspector he was traveling on vacation but would not articulate where he would visit. A computerized record check revealed that the defendant was traveling on a ticket purchased the day prior to beginning his trip from Lagos, Nigeria. The defendant indicated that he planned to stay at a Holiday Inn Express but the CBP inspector called the Holiday Inn Express and learned that the defendant did not have a reservation with the hotel. The defendant was then taken to private screening area for a personal search and further questioning.

3.  In the private screening area, the defendant voluntarily admitted to swallowing foreign bodies. The defendant was presented with an x-ray consent form, which he read, appeared to understand and signed.

4.  The defendant was transported to the medical facility at J.F.K. Airport, where an x-ray was taken of defendant's intestinal tract, which was positive for foreign bodies. As of 4:30 p.m. on October 31, 2010, the defendant passed 16 pellets, one of which field-tested positive for the

presence of heroin. The defendant was then placed under arrest.

5. The defendant will be detained at the JFK medical facility until such time as he has passed all the pellets contained within his intestinal tract.

WHEREFORE, your deponent respectfully requests that the defendant ANTHONY PRINCE EGO be dealt with according to law.

JOHN COLOMBO
Special Agent, DEA

Sworn to before me this
1st Day of November 2010

THE HONORABLE ANDREW L. CARTER
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK